Jordan, Appellant, *v.* Kirschner.

Argued April 10, 1928.

Before Porter, P. J., Henderson, Trexler, Keller, Linn, Gawthrop and Cunningham, JJ.

*Henry C. Baur,* for appellant.—Where a lease authorizes the confession of judgment in case of default in payment of rent, judgment may be entered without an affidavit of default: Kahn v. Harlan, 55 Pa. Superior Ct. 568; Kirch v. Crawford, 61 Pa. Superior Ct. 288; Montelius v. Montelius, Brightly N. P. 79.

*Franklin B. Hosbach,* and with him *Miles R. Nason,* for appellee.—Judgment entered upon a warrant of attorney in a lease, without an averment of default, is irregular and void: Kolf v. Lieberman et al., 282 Pa. 479.

PER CURIAM, July 12, 1928:

The order is affirmed on the opinion of President Judge ROSSITER, of the court below.